# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-51119
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 15, 2016

Lyle W. Cayce
Clerk

VICTOR ROJAS,

Plaintiff-Appellant

v.

GINNIE KIRKPATRICK, In Her Official and Individual Capacities;
CLAYTON KLEEN, In His Official and Individual Capacities; J. P. WILSON,
In His Official and Individual Capacities; CHERYL POUNDS, In Her Official
and Individual Capacities; GARY BOSHEARS, In His Official and Individual
Capacities,

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:15-CV-354

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:*

Affirmed.  See Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.